UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **BRITTANI JOHNSON,** ) <br> ) <br> **Plaintiff;** ) <br> v. ) <br> ) <br> **FAIR COLLECTIONS &** ) <br> **OUTSOURCING, INC. OF NEW** ) <br> **ENGLAND, INC. and FAIR** ) <br> **COLLECTION AND** ) <br> **OUTSOURCING, INC,** ) <br> ) <br> **Defendants.** ) <br> _____ ) | Case No. _____ |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants, Fair Collections & Outsourcing of New England, Inc. and Fair Collections & Outsourcing, Inc. (collectively "Defendants") hereby remove this action from the Mecklenburg County Superior Court to the United States District Court for the Western District of North Carolina. In support of this Notice of Removal, Defendants state as follows:

1. On or about June 20, 2025, plaintiff Britanni Johnson, filed a First Amended Complaint in the Mecklenburg County Superior Court, North Carolina entitled and captioned *Britanni Johnson v. Fair Collections & Outsourcing of New England, Inc. and Fair Collections & Outsourcing, Inc.*, Case No. 25-CV-021302-590 (hereinafter the "State Court Action").

2. In the State Court Action, plaintiff alleges statutory causes of action against Defendants under the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 *et seq*. In accordance with 28 U.S.C. § 1446(a), a copy of all process and pleadings from the State Court Action are attached as **Exhibit A.** To date, no orders have been entered in the State Court Action.

3. This Court has original jurisdiction over the State Court Action pursuant to 28 U.S.C. §1331 because the State Court Action alleges a cause of action arising under the laws of the United States. Specifically, because plaintiff alleges violations of the FDCPA, the state court Complaint asserts a federal question under 28 U.S.C. §1441.

4. Defendants were served with summons on June 24, 2025.

5. The time within which Defendants are required by law, 28 U.S.C. § 1446(b), to file this notice of removal has not yet expired. This Notice of Removal is timely, having been filed within 30 days of the date on which Defendants were served with the State Court Action. *See* 28 U.S.C. §1446.

6. The Mecklenburg County Superior Court is located within the United States District Court for the Western District of North Carolina. Therefore, venue for purposes of removal is proper because the United States District Court for the Western District of North Carolina embraces the place in which the removed action was pending. *See* 28 U.S.C. § 1441(a).

7. In accordance with 28 U.S.C. § 1446(d), written notice of this Notice of Removal is being concurrently provided to the Mecklenburg County District Court. A true and correct copy of that written notice is attached hereto to as **Exhibit B**.

8. This Notice of Removal is being caused to be served on plaintiff through her counsel of record.

WHEREFORE, Defendants provide notice that this action is removed from the Mecklenburg County Superior Court to the United States District Court for the Western District of North Carolina.

July 21, 2025                                              Respectfully submitted,

/s Brian D. Roth
Brian D. Roth (18415)
Sessions Israel & Shartle, LLC
3838 N. Causeway Blvd, Suite 2800
Metairie, LA 70002
(504) 828-3700
broth@sessions.legal

Attorneys for Defendants,
*Fair Collections & Outsourcing*
*of New England, Inc. and*
*Fair Collections & Outsourcing, Inc.*

## CERTIFICATE OF SERVICE

I certify that on July 21, 2025, a copy of the foregoing was served on counsel for plaintiff as follows:

Rashad Blossom
rblossom@blossomlaw.com


/s Brian D. Roth
Brian D. Roth (18415)